IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARK LINER                                                              PLAINTIFF

vs.                                  Civil No. 1:14-cv-01023

CAROLYN COLVIN                                                        DEFENDANT
Commissioner, Social Security Administration

**JUDGMENT**

Comes now the Court on this the 6th day of May 2015, in accordance with the Memorandum

Opinion entered in the above-styled case on today's date, and hereby considers, orders, and

adjudicates that the decision of the Commissioner of the Social Security Administration is

**AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

   **IT IS SO ORDERED.**

                                             /s/  Barry A. Bryant
                                             HON. BARRY A. BRYANT
                                             U. S. MAGISTRATE JUDGE